UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IAN ANTHONY MEDINA, *on behalf of himself and all others similarly situated*,<br><br>                            Plaintiff,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                            Defendant. | 21-CV-1427 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 18, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 18, 2021
            New York, New York

                                                      COLLEEN McMAHON
                                                   Chief United States District Judge